UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SETON COMPANY,

        Plaintiff,

v.                                       Case No. 02-71118

LEAR CORPORATION,            Honorable Patrick J. Duggan

        Defendant.
_____/

**OPINION AND ORDER DENYING SETON COMPANY'S MOTION *IN LIMINE*
TO PRECLUDE DEFENDANT LEAR CORPORATION FROM OFFERING
EVIDENCE CONTRADICTING ITS ADMISSIONS IN DISCOVERY**

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on_____.

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
                    U.S. DISTRICT COURT JUDGE

Plaintiff Seton Company ("Seton") brought this lawsuit against Defendant Lear

Corporation ("Lear") alleging that Lear breached a contract to buy leather from Seton for

seats Lear manufactured for General Motors Corporation ("GM").  Presently before the

Court is Seton's Motion *in limine* to preclude Lear from offering evidence contradicting

its admissions in discovery.  The Court addressed Seton's motion at a hearing on April 7,

2005.

For the reasons set forth by the Court on the record at the hearing on April 7, 2005,

**IT IS ORDERED**, that Seton's motion *in limine* to preclude Lear from offering

evidence contradicting its admissions in discovery is **DENIED**.


_____
PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Robert L. Begleiter, Esq.
Lyle D. Russell, Esq.
Thomas J. Wiegand, Esq.
Thomas J. Tallerico, Esq.
Phyllis Golden Morey, Esq.