UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SETON COMPANY,

       Plaintiff,

v.                                      Case No. 02-71118

LEAR CORPORATION,               Honorable Patrick J. Duggan

       Defendant.
_____/

## OPINION AND ORDER DENYING SETON COMPANY'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANT LEAR CORPORATION FROM OFFERING EVIDENCE CONTRADICTING ITS ADMISSIONS IN DISCOVERY

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on MAY 9, 2005.

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
                    U.S. DISTRICT COURT JUDGE

Plaintiff Seton Company ("Seton") brought this lawsuit against Defendant Lear Corporation ("Lear") alleging that Lear breached a contract to buy leather from Seton for seats Lear manufactured for General Motors Corporation ("GM"). Presently before the Court is Seton's Motion *in limine* to preclude Lear from offering evidence contradicting its admissions in discovery. The Court addressed Seton's motion at a hearing on April 7, 2005.

For the reasons set forth by the Court on the record at the hearing on April 7, 2005,

**IT IS ORDERED**, that Seton's motion *in limine* to preclude Lear from offering evidence contradicting its admissions in discovery is **DENIED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Robert L. Begleiter, Esq.
Lyle D. Russell, Esq.
Thomas J. Wiegand, Esq.
Thomas J. Tallerico, Esq.
Phyllis Golden Morey, Esq.