UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SETON COMPANY,

      Plaintiff,

v.                                Case No. 02-71118

LEAR CORPORATION,               Honorable Patrick J. Duggan

      Defendant.
_____/

**OPINION AND ORDER GRANTING SETON COMPANY'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANT LEAR CORPORATION FROM OFFERING INTO EVIDENCE DEPOSITION TESTIMONY OF ANY WITNESS IT HAS PREVIOUSLY EXAMINED**

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on MAY 9, 2005.

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
                  U.S. DISTRICT COURT JUDGE

Plaintiff Seton Company ("Seton") brought this lawsuit against Defendant Lear Corporation ("Lear") alleging that Lear breached a contract to buy leather from Seton for seats Lear manufactured for General Motors Corporation ("GM"). Presently before the Court is Seton's Motion *in limine* to preclude Lear from offering into evidence deposition testimony of any witness it has previously examined.

As the Court stated on the record on April 7, 2005, it generally does not permit a

1

party to use deposition testimony in lieu of direct examination of a witness who appears at trial.[1]  Accordingly,

**IT IS ORDERED**, that Seton's motion *in limine* to preclude Lear from offering into evidence deposition testimony of any witness it has previously examined is **GRANTED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Robert L. Begleiter, Esq.
Lyle D. Russell, Esq.
Thomas J. Wiegand, Esq.
Thomas J. Tallerico, Esq.
Phyllis Golden Morey, Esq.

---

[1]As the Court further explained on the record, however, it will consider specific requests to use deposition testimony in this matter during the trial and will decide whether to make an exception to this general rule under the circumstances presented.